**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                              Case No.  8:07-CR-1-T-30TBM

WILLIAM WINDSOR,

            Defendant.
_____/

**O R D E R**

Defendant, an inmate in a federal penal institution, filed a "Motion Pursuant to Rule 60(b), Relief from Judgment or Order" (hereinafter "motion") (Dkt. 43), and a supplement to the motion (Dkt. 44).  In his motion Defendant moves the Court to vacate its August 29, 2007 order revoking Defendant's supervised release, and resentence him.

**Discussion**

Defendant states that he is filing his motion pursuant to Federal Rule of Civil Procedure 60(b).  Because the relief Defendant seeks involves his criminal conviction and sentence, the rules of criminal procedure, not the rules of civil procedure, are applicable to the motion.  The Federal Rule of Criminal Procedure, however, appear to be inapplicable to Defendant's claims in his motion.[1]   Therefore, post-conviction relief from his sentence is only available on direct appeal or by motion under 28 U.S.C. § 2255.

---

[1] For example, Defendant does not claim he is entitled to reduction of his sentence for substantial assistance, *see* Fed.R.Crim.P. 35, or that the judgment contains a clerical error,  *see* Fed.R.Crim.P. 36.

Petitioner is currently seeking post-conviction relief from the revocation of his supervised release and sentence pursuant to 28 U.S.C. § 2255. *See, Windsor v. United States*, 8:08-cv-1709-T-30TBM (M.D. Fla. 2008). To the extent Defendant may be attempting to amend or supplement his § 2255 motion, Defendant should file an appropriate motion in his § 2255 action.

ACCORDINGLY, the Court **ORDERS** that Defendant's Motion Pursuant to Rule 60(b), Relief from Judgment or Order (Dkt. 43) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2008.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
<u>Copies to</u>:
Defendant
Counsel of Record

2